United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

JANE DOE (SF-00004),

          Plaintiff,

    v.

SALESFORCE, INC.,

          Defendant.

Case No.  26-cv-02172-LB

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 4:26-cv-1531

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Jon S. Tigar, to consider whether the case is related to case number 4:26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: April 21, 2026

_____

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 26-cv-02172-LB